**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**MARQUEZ B. PERRY,**

Plaintiff,

v.

**EARLENA SHEPHERD, et al.,**

Defendants.

CASE NO. 3:22 CV 688

JUDGE JAMES R. KNEPP II

**ORDER**

Pending before the Court is Plaintiff's motion to appoint counsel for his appeal that is pending in the Sixth Circuit. (Doc. 95). The filing of a notice of appeal generally "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *United States v. Carman*, 933 F.3d 614, 617 (6th Cir. 2019). Plaintiff has filed a Notice of Appeal (Doc. 94), and this Court therefore lacks jurisdiction to consider his Motion. Because Plaintiff seeks appointment of counsel to represent him in his pending appeal, his request is appropriately directed to the Sixth Circuit. *Ward v. Wolfenbarger*, 2020 WL 8617551, at *2 (E.D. Mich.). Accordingly, Plaintiff's motion for appointment of appellate counsel (Doc. 95) is denied without prejudice.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2026